UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Keith F. Bell, Ph.D., | Court File No. 18-CV-1808-DSD/HB |
| Plaintiff | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Independent School District. No. 196 a/k/a Rosemount-Apple Valley-Eagan Schools, | |
| Defendant. | |

---

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective undersigned attorneys, that the same may be and is hereby dismissed on its merits with prejudice, but without costs, disbursements or attorney's fees to any of the parties hereto, except as expressly agreed by the parties.


Dated:  September 24, 2018              /s/ *C. Ashley Callahan*
                                        Christopher R. Sullivan (#0343717)
                                        Law Office of Chris Sullivan PLLC
                                        400 S. Fourth Street Suite 401-100
                                        Minneapolis, MN 55415
                                        612.747.0424
                                        chris@sullivantechlaw.com

                                        C. Ashley Callahan (pro hac vice)
                                        Law Offices of C. Ashley Callahan, P.C.
                                        The Haehnel Building
                                        1101 East 11th Street
                                        Austin, TX 78702
                                        512.817.3977

        acallahan@callhanlawoffices.com

        Gretchen McCord (pro hac vice)
        Law Offices of Gretchen McCord
        P.O. Box 128
        Rockdale, TX 76567
        512.470.8932
        gretchen@gretchenmccordlaw.com

        **ATTORNEYS FOR PLAINTIFF**

Dated:  September 24, 2018        /s/ *Trevor S. Helmers*
        Trevor S. Helmers (#387785)
        Abigail R. Kelzer (#397392)
        Rupp, Anderson, Squires & Waldspurger
        333 S. Seventh Street, Suite 2800
        Minneapolis, MN 55402
        612.436.4300
        trevor.helmers@raswlaw.com
        abbi.kelzer@raswlaw.com

        **ATTORNEYS FOR DEFENDANT**