UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Keith F. Bell, Ph.D., | Court File No. 18-CV-1808-DSD/HB |
| Plaintiff | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Independent School District. No. 196 a/k/a Rosemount-Apple Valley-Eagan Schools, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice between the parties herein,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party, except as expressly agreed by the parties.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 25, 2018                s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court